(8 Misc. Rep. 457.)

### KLIPSTEIN v. NEW YORK EL. R. CO. et al.

(Superior Court of New York City, General Term.  May 9, 1894.)

JURY TRIAL—DAMAGES FOR OPERATION OF ELEVATED RAILROAD.
     In an action against an elevated railroad company for an injunction and damages, plaintiff is not entitled to a jury trial on the question of past damages, though he obtained the right to such damages by assignment.

Appeal from special term.

Action by August Klipstein against the New York Elevated Railroad Company and the Manhattan Railway Company for an injunction and damages. From an order denying a trial by jury, defendants appeal. Affirmed.

Argued before SEDGWICK, C. J., and DUGRO and GILDERSLEEVE, JJ.

Davies & Rapallo, for appellants.
John E. Parsons, for respondent.

DUGRO, J. The only question on this appeal is whether it was error to refuse a jury trial of the question of past damages, these damages having been obtained by the plaintiff through assignment. The principles stated in the cases of Shepard v. Railway Co., 117 N. Y. 442, 23 N. E. 30, and Hunter v. Same (N. Y. App.) 36 N. E. 400, when applied to the question, necessarily lead to an affirmance. Judgment affirmed, with costs.